IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

XAVIER HARDIN,

    Plaintiff,

v.

WILLIAM McCREEDY, RICK HAEN,
STEVE SCHUELER, KELLY SALINAS,
LT. BERG, JAMES LABELLE,
WELCOME ROSE, ISMAEL OZANNE,
JAMES GREER and
MICHAEL DITTMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-22-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    1) denying plaintiff Xavier Hardin's request for leave to proceed in forma pauperis as to James Greer and Michael Dittman and granting his request to dismiss Kelly Salinas, James LaBelle, Welcome Rose and Ismael Ozanne;

    2) granting summary judgment and dismissing plaintiff's federal 28 U.S.C § 1983 claims against William McCreedy, Rick Haen, Steve Schueler and Lt. Berg,

    3) granting summary judgment and dismissing with prejudice plaintiff's state

<u>Judgment in a Civil Case</u>                                                                                                    Page 2

law negligence claims against William McCreedy, Rick Haen and Steve Schueler for failure to comply with Wis. Stat. § 893.82 and dismissing without prejudice plaintiff's negligence claim against Lt. Berg.

_____*Peter Oppeneer*_____     _____2/4/11_____
Peter Oppeneer, Clerk of Court                Date